Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

*IT IS SO ORDERED*
*Judge Edward J. Davila*
4/16/2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** | Case No.  5:13-cv-05560-EJD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| VAN HA, ET AL., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendant: VAN HA, individually and d/b/a WAVE CAFÉ.

This Dismissal is made pursuant to FRCP 41 (a).
The Clerk shall close this file.

Dated:  April 16, 2014          *s/Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                J & J Sports Productions, Inc.

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 16, 2014, I caused to serve the following documents entitled:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Van Ha                                             (Defendant)
1969 Tully Road
San Jose, CA 95122

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 16, 2014, at South Pasadena, California.

Dated: April 16, 2014                         *s/Vanessa Ventura*
                                              **VANESSA VENTURA**